IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSE LUIS YANEZ, )
)
      Petitioner, )
)
vs. ) Civil Case No.   12-cv-315-DRH
)
J. CROSS, Warden, )
)
      Respondent. )

## JUDGMENT

**HERNDON, Chief Judge:**

This action came before the Court for preliminary consideration of petitioner's application for a writ of habeas corpus. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is summarily dismissed without prejudice. Judgment is entered in favor of respondent and against petitioner. Petitioner is to take nothing from this action.

**IT IS SO ORDERED.**

**DATED: August 10, 2012.**

Digitally signed by
David R. Herndon
Date: 2012.08.10
15:26:29 -05'00'

**Chief Judge**
**United States District Court**